

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00731-CR

Stephanie M. **TREJO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CR-0086W
Honorable Melisa Skinner, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed:  March 18, 2015

DISMISSED

Appellant filed a *pro se* motion to dismiss her appeal on October 28, 2014.  However, the motion was not signed by her retained attorney, Jesse G. Rivera, as required by Rule 42.2(a). TEX. R. APP. P. 42.2(a).  The clerk of this court attempted to contact appellant's counsel several times about the motion to dismiss but counsel did not respond.  Appellant's *pro se* motion to dismiss was denied on November 17, 2014 for failure to comply with Rule 42.2(a). *Id.*  On December 29, 2014, appellant filed a second *pro se* motion to dismiss the appeal accompanied by a letter asking, in the alternative, for the appointment of new counsel.  Thereafter, we abated the appeal to the trial

court and instructed the court to determine whether appellant desires to prosecute her appeal, whether retained counsel has abandoned the appeal, and whether appellant is indigent. A supplemental clerk's record was filed in this court on February 20, 2015 containing the transcript of the hearing and the trial court's findings of fact and conclusions of law. The trial court's findings state that appellant appeared in person at the hearing, but her retained counsel did not appear despite receiving notice of the hearing. The court further found that appellant does not desire to pursue her appeal. Accordingly, this appeal is dismissed based on the trial court's findings.

PER CURIAM

DO NOT PUBLISH